```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
JOHN BURLEY,                             :
                                         :
       Plaintiff,                        :
                                         :
                                         :   CASE NO.: 1:19-cv-00036-PAE
v.                                       :
                                         :
WILDHORSE RESOURCE DEVELOPMENT           :
CORPORATION, JAY C. GRAHAM,              :
ANTHONY BAHR, BRIAN A. BERNASEK,         :
JONATHAN M. CLARKSON, SCOTT A.           :
GIESELMAN, DAVID W. HAYES,               :
STEPHANIE C. HILDEBRANDT, GRANT          :
E. SIMS, MARTIN W. SUMNER, and TONY      :
R. WEBER,                                :
                                         :
       Defendants.                       :
                                         :
---------------------------------------- X
```

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses without prejudice the above-titled action. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: Marc 4, 2019                          Respectfully Submitted,

                                             **MONTEVERDE & ASSOCIATES PC**

                                             /s/ *Juan E. Monteverde*
                                             Juan E. Monteverde
                                             The Empire State Building
                                             350 Fifth Avenue, Suite 4405
                                             New York, New York 10118
                                             Tel: 212-971-1341
                                             Fax: 212-202-7880

                                             *Attorney for Plaintiff*